No. 55454.—T. C. Carlin Company et al. v. United States, protests 74580–K, etc. (Boston).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of lining bellies and shoulders the same in all material respects as those passed upon in *Rice & Co. Corp.* v. *United States* (66 Treas. Dec. 612, T. D. 47371), the claim of the plaintiffs was sustained.

No. 55455.—Henry Coehler Co., Inc. v. United States, protest 139239–K (New York).

Opinion by Mollison, J. At the trial a sample of the merchandise was received in evidence as exhibit 1. It was stipulated that exhibit 1 is a musical works encased in an ornamental wooden box in the shape of a church, that said exhibit is used as an ornamental music box, and that it has no other use. On the record made, and following *United States* v. *Borgfeldt & Co.* (13 Ct. Cust. Appls. 620, T. D. 41461), the claim of the plaintiff was sustained.

No. 55456.—M. Kopit Co. v. United States, protest 128384–K (New York).

Opinion by Mollison, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

No. 55457.—Norman G. Jensen, Inc. v. United States, protests 162933–K and 162934–K (Seattle).

Opinion by Mollison, J. An examination of the official papers establishing that the protests were not filed within the statutory period of 60 days after liquidation, as required by section 514, Tariff Act of 1930, the protests were dismissed.

No. 55458.—Abap Importing Co. et al. v. United States, protests 165794–K, etc. (New York).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.